**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CODY TRENN,**

    **Plaintiff,**

  vs.                                                  **Civil Action 2:13-CV-407**
                                                             **Judge Sargus**
                                                             **Magistrate Judge King**

**HERBERT H. HARKNESS,**

    **Defendant.**

                                                  <u>**ORDER**</u>

Having performed the initial screen of the *Complaint* required by 28 U.S.C. §§ 1915(e), 1915A, the Court concludes that plaintiff's claim of excessive force in violation of the Eighth and Fourteenth Amendments may proceed.

It is **ORDERED** that, if plaintiff submits a copy of the *Complaint*, a summons and a Marshal service form for the defendant, the United States Marshal shall effect service of process upon defendant by certified mail. Defendant may have forty-five days after service of process to respond to the *Complaint*.

Plaintiff is **ADVISED** that he must assure that defendant is served with process within 120 days of the filing of the *Complaint*. If defendant is not served within 120 days, the claims against him will be dismissed. *See* F.R. Civ. P. 4(m).

                                                       s/Norah McCann King
                                                         Norah M<sup>c</sup>Cann King
                                                United States Magistrate Judge

April 30, 2013